IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEGACY PARK, LLC

    Plaintiff,

v.                                         Federal Case No.:
                                        State Case No.: 2023-CA-000012

AMGUARD INSURANCE COMPANY

    Defendant.
_____/

**<u>DEFENDANT, AMGUARD INSURANCE COMPANY'S NOTICE OF REMOVAL</u>**

COMES NOW Defendant, AMGUARD INSURANCE COMPANY, by and through its undersigned counsel and pursuant to 28 U.S.C. §1441(a), and hereby petitions this Honorable Court for the removal of the cause of action now pending in the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, State of Florida, styled: LEGACY PARK, LLC v. AMGUARD INSURANCE COMPANY, Case no.: 2022-CA-000012.  Plaintiff's action is pending in a court which is within the Orlando Division of the United States District Court for the Middle District of Florida.  Jurisdiction in this Honorable Court is proper based on the following grounds:

**Amount in Controversy Exceeds $75,000.00**

    1.    In its Notice of Intent to Initiate Litigation, filed with the Department of Financial Services, Plaintiff attached an estimate from Trust Public Adjusting, in the amount of $391,765.32.  *See* Exhibit "A" attached hereto.

    2.    Therefore, the amount in controversy exceeds the sum of $75,000,

exclusive of interest, costs and attorney's fees.

### Complete Diversity Exists

3. Jurisdiction is proper in this court pursuant to 28 U.S.C. §1332.

4. In order to qualify for diversity jurisdiction, there must be complete diversity between the parties. 28 U.S.C. §1332(a). In order for diversity jurisdiction to exist, no Plaintiff may be a citizen of the same state as any Defendant.

5. At the time this action was commenced, and at the present time, and all times materials to the above-styled cause of action, AmGuard Insurance Company was and is a corporation organized and existing under the laws of the State of Pennsylvania with its principal place of business in Wilkes-Barre, Pennsylvania. AmGuard is not a citizen of or incorporated in the State of Florida and does not have its principal place of business in the State of Florida. At all times material to this action, AmGuard has been a foreign corporation doing business in Florida.

6. According to the Florida Department of State, Division of Corporations, at all times material hereto, Plaintiff, Legacy Park, LLC, is a Florida limited liability company with its principal place of business in Volusia County, Florida. *See* Exhibit "B" attached hereto.

7. At no time material to this action were Plaintiff and Defendant citizens of the same state. Therefore, complete diversity exists between the parties in accordance with 28 U.S.C. §1332(a).

8. On January 19, 2023, Plaintiff's Complaint was served on the Chief Financial Officer as the registered agent for the Defendant and was forwarded by Electronic Delivery on January 23, 2023 to the designated agent for AmGuard

Insurance Company.

9. Therefore, pursuant to 28 U.S.C. §1446(b), the Notice of Removal is timely filed.

10. Pursuant to 28 U.S.C. §1446(a), true and legible copies of all process and pleadings filed with the state court are being filed with this Notice of Removal as Exhibit "C."

11. Pursuant to 28 U.S.C. §1446(d), AmGuard has provided written notice of the filing of the Notice of Removal, along with copies of this Notice of Removal and all attachments, to all adverse parties and with the Clerk of Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida.

12. A copy of this Notice of Removal is being filed by AMGUARD INSURANCE COMPANY with the state court where this action is pending, after the filing in this Court of this Notice of Removal in compliance with 28 U.S.C. §1446(b).

WHEREFORE, AMGUARD INSURANCE COMPANY respectfully requests that this Honorable Court exercise jurisdiction over this matter.

BUTLER WEIHMULLER KATZ CRAIG LLP

/s/ *Julius F. Parker III*
_____
KATHY J. MAUS
Florida Bar No.: 0896330
JULIUS F. PARKER III
Florida Bar No.:  0160857
kmaus@butler.legal
jparker@butler.legal
Secondary:  apinnock@butler.legal
3600 Maclay Boulevard, Suite 201
Tallahassee, Florida 32312
Telephone:   (850) 894-4111
Facsimile:    (850) 894-4999
Attorneys For the Defendant, Amguard Insurance Company

## **CERTIFICATE OF SERVICE**

I certify that a copy hereof has been furnished to:

Samantha Habermehl, Esq.
Zaf Goss, Esq.
Habermehl Goss LLP
385 W. Fairbanks Ave., Suite 300
Winter Park, FL 32789
*Attorneys for Plaintiff*

by electronic mail on January 25, 2023.

/s/ *Julius F. Parker III*
_____
JULIUS F. PARKER III