UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEGACY PARK LLC,

    Plaintiff,

v.

AMGUARD INSURANCE COMPANY,

    Defendant.

Case No.: 6:23-cv-00132-JSS-DCI

## JOINT NOTICE OF SETTLEMENT

Plaintiff, LEGACY PARK LLC, and Defendant, AMGUARD INSURANCE COMPANY, by and through the undersigned counsel, hereby file this Joint Notice of Settlement and notify the Honorable court of the settlement of this dispute. The parties will submit a joint Stipulation for Dismissal with Prejudice and proposed Final Order of Dismissal with Prejudice once settlement has been completed.

| | |
|---|---|
| /s/ Zaf Goss | /s/ Julius F. Parker, III . |
| Zaf Goss, Esq. | Julius F. Parker, III |
| FBN: 123815 | FBN: 0160857 |
| Habermehl Millard Goss LLP | Butler Weihmuller Katz Craig LLP |
| 385 W. Fairbanks Ave. | 400 N. Ashley Drive |
| Suite 300 | Suite 2300 |
| Winter Park, FL 32789 | Tampa, FL 33602 |
| Telephone: (407) 961-6410 | Telephone: (850) 894-4111 |
| E-Mail: zg@hmglegal.com | E-Mail: jparker@butler.legal |
| Attorney for Plaintiff | Attorney for Defendant |

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to:

>Julius F. Parker III, Esq. and Kathy J. Maus, Esq.
>Butler Weihmuller Katz Craig LLP
>jparker@butler.legal
>apinnock@butler.legal
>3600 Maclay Blvd., Suite 201
>Tallahassee, FL 32312

By CM/ECF system and via electronic mail December 6, 2024.

/s/ Zaf Goss<br>Zaf Goss, Esq.